PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Jose Aguirre      Cr.: 19-00285-001
     PACTS #: 5773393

Name of Sentencing Judicial Officer:    THE HONORABLE BRIAN R. MARTINOTTI
                                           UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/16/2019

Original Offense:    Conspiracy to Distribute Controlled Substance, 21 U.S.C. § 846

Original Sentence: 3 years probation

Special Conditions: $100 – Special Assessment, $5,500 – Fine, Location Monitoring Program, Drug Testing and Treatment, New Debt Restrictions, and Life Skills/Education

Type of Supervision: Probation            Date Supervision Commenced: 10/16/2019

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failure to satisfy financial obligations |
| 2 | The individual under supervision has violated the special condition which states **'You are prohibited form incurring any new credit charges, opening additional lines of credit, or incurring any new monetary loan, obligation, or debt, by whatever name known, without the approval of the U.S. Probation Office. You must not encumber or liquidate interest in any assets unless it is in direct service of the fine and/or restitution obligation or otherwise has the expressed approval of the Court.'** |
|  | On April 19, 2022, our office conducted an Equifax credit inquiry and it revealed that Aguirre opened numerous credit accounts without the approval of the U.S. Probation Office. |

**U.S. Probation Officer Action:**

Throughout his term of supervised release, Mr. Aguirre did not comply with new debt restrictions. On April 19, 2022, our office conducted an Equifax credit inquiry and it revealed Aguirre opened numerous credit accounts without the permission of the U.S. Probation Office.  Mr. Aguirre reported the debt was incurred due to the financial difficulties he endured after his business was forced to close. Mr. Aguirre was owner and operator of a car rental business.  He was verbally reprimanded for his action. Aguirre has complied with all other standard and special conditions.

Prob 12A – page 2
Jose Aguirre

Aguirre has paid $2,700 towards his fine. Furthermore, he reportedly made a $500 payment towards restitution balance on October 6, 2022 and submitted a picture of the money order to the probation office. The individual under supervision's term of supervision is due to expire on October 15, 2022, with an outstanding fine balance of $2,800. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

We are requesting No Formal Court Action at this time and that Aguirre be allowed to complete supervision on October 15, 2022. The Probation Form 12A (Report on Offender under Supervision), will also serve as an official written reprimand from the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
      Supervising U.S. Probation Officer

/bgm

PREPARED BY:

*Brendan G. Murillo*                    *10/11/2022*
BRENDAN G. MURILLO                      Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action and Allow Supervision to Expire as Scheduled on October 15, 2022 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

October 12, 2022

Date